THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
THE KNICKERBOCKER LIFE INSURANCE COMPANY, Appellant.

(Argued November 20, 1884; decided January 20, 1885.)

*Joseph Herzfeld* for appellant.

*Edward H. Hobbs* for Charles H. Russell, receiver, etc., re-
spondent.

*John C. Keeler* for plaintiff respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JAMES E. BRETT, Respondent, *v.* GUSTAVUS A. BRETT et al.,
Appellants.

(Argued December 9, 1884; decided January 20, 1885.)

*M. J. Deady* for appellants.

*L. Laflin Kellogg* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.